**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-7910**

———————

UNITED STATES OF AMERICA,

                     Plaintiff – Appellee,

      v.

RONALD EUSTACH, a/k/a Tony Stracan,

                     Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Cameron McGowan Currie, Senior
District Judge.  (4:00-cr-00067-CMC-2)

———————

Submitted:  April 24, 2014         Decided:  April 28, 2014

———————

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Eustach, Appellant Pro Se. Alfred William Walker Bethea,
Jr., Assistant United States Attorney, Florence, South Carolina;
Nancy Chastain Wicker, OFFICE OF THE UNITED STATES ATTORNEY,
Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Eustach appeals from the district court's orders denying his motions for reconsideration of his criminal judgment filed under Fed. R. Civ. P. 59(e), 60(b). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Eustach</u>, No. 4:00-cr-00067-CMC-2 (D.S.C. Sept. 18 & Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>